# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE**<br>**on Rule 5 Hearing** |
| v. | |
| | CASE NUMBER **26-MJ-413** |
| **AHMET KEREM KORKAYA** | |

---

HONORABLE STEPHEN C. DRIES, presiding      Court Reporter: Liberty

Deputy Clerk: Tony Byal      Hearing Began: <u>1:35 PM</u>

Hearing Held: June 10, 2026 at 1:30 PM      Hearing Ended: <u>2:14 PM</u>

**Appearances:**

UNITED STATES OF AMERICA by: Benjamin Wesson

AHMET KEREM KORKAYA, in person, and by: Gabriela Leija      ☐ CJA ☑ FDS ☐ RET

U.S. PROBATION OFFICE by: Jennifer Cravatta

INTERPRETER: ☑ None ☐ Sworn

---

☐ Defendant consents to proceed via video

☑ Defendant advised of rights

☐ Court orders counsel appointed

     ☐ Defendant to reimburse at $ <u>Amount</u> per month

☑ Defendant advised of charges, penalties and fines

---

☑ Defendant waives right to an identity hearing

☐ Defendant to be transported by the U.S. Marshal to Eastern District of Wisconsin

☑ Defendant to be released on O/R bond to appear in Eastern District of Wisconsin on a date and time to be set

---

5 years imprisonment, $250,000 fine, 3 years SR, $100 SA for each count

Government:
- Prosecutor in Eastern District of Michigan is requesting detention. Takedown happened today. Co-defendants received two day holds in Michigan.
- This court authorized search warrant.
- Discusses violent messages sent by defendant in indictment and affidavit. Allegations of committing extreme violence.
- Has stated would not return to Michigan.
- Has ties to foreign countries. Has passport for America and Turkey.
- Plans to travel to Brazil in June.
- Requests detention to ensure appearance in Michigan.
- If released, requests temporary hold due to co-defendants appearing for hearings on Friday. Prosecutors in Michigan can provide supplemental information until then.
- Requests travel restriction and location monitoring as conditions.

Defendant:
- Requests release with conditions.

- Was not provided with search warrant government has referred to.
- Questions timeline in which messages were sent.
- Provides background of defendant. Is in Milwaukee for school. Family in Michigan.
- Has no arrest record or contact with police.
- Has strong family support.
- Trip to Brazil is for honeymoon that has been scheduled for months.
- Here studying to get MD and PHD and is doing cancer research.
- Has no substance abuse issues or mental health issues.
- Messages were encrypted and not intended to be shared with anyone, including victims. Messages were not posted on social media.
- Had no intention to carry out threat.
- Messages were from two years ago. No violent allegations against defendant since then.
- Has been regularly traveling to Michigan.
- Has addressed subpoena to testify in the past.
- Having two passports does not give rise to flight concern.
- Requests to be allowed to go to honeymoon.
- Charges do not warrant detention.
- Objects to location monitoring and travel restrictions.

Court:
- Makes finding of identity.
- Questions if charges warrant detention hearing.
- No presumption of detention.
- Messages are troubling, but two years old.
- No criminal record and no indication of defendant acting on messages.
- Denies government's request for three day hold.
- Will not impose location monitoring or travel restriction.
- Orders defendant released on O/R Bond with conditions.
- Defendant to appear for further hearings in Eastern District of Michigan.